# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

| U.S.A. vs. | Taylor, Gary Wayne | Docket No. | 0980 2:14CR00123-TOR-1 |

**Petition for Action on Conditions of Pretrial Release**

     COMES NOW  Charles J Kuipers, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Gary Wayne Taylor, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers sitting in the court at Spokane, Washington, on the 19th day of June 2014 under the following conditions:

**Condition #14:** Avoid all contact, direct or indirect, with known felons, any co-defendants, and with known drug users.

**Condition #17**: Prohibited Substance Testing: If random urinalysis testing is not done through a treatment program, random uranalysis testing shall be conducted through Pretrial Services, and shall not exceed six (6) times per month. Defendant shall submit to any method of testing required by the Pretrial Service Office for determining whether the Defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. Defendant shall refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of prohibited substance testing. Full mutual releases shall be executed to permit communication between the court, Pretrial Services, and the treatment vendor. Treatment shall not interfere with Defendant's court appearances.

**Condition #18:** Defendant shall participate in one or more of the following home confinement program(s): Home Detention: Defendant shall be restricted to his/her residence at all times except for: attorney visits; court appearances; case related matters; court-ordered obligations; or other activities as pre-approved by the Pretrial Services Office or supervising officer, as well as: employment, religious services, education, medical, substance abuse, or mental health treatment.

 RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On December 30, 2014, Mr. Taylor was found to be in the residence of Ashley Nelson, a felon, currently being supervised by the United States Probation Office.

On December 30, 2014, Mr. Taylor reported to the United States Probation Office.  He submitted a urine specimen for testing which appeared dilute.

On December 30, 2014, Mr. Taylor was at 2711 North Ash, which is in violation of his home confinement condition.

PRAYING THAT THE COURT WILL ORDER A WARRANT

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:   12/31/2014

by   s/Charles J. Kuipers

Charles J. Kuipers
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

_Thomas O. Rice_
Signature of Judicial Officer

December 31, 2014
Date