UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     v.<br><br>GARY WAYNE TAYLOR,<br><br>                    Defendant. | NO:  2:14-CR-0123-TOR<br><br>FINAL ORDER OF FORFEITURE |

WHEREAS, on October 1, 2014, the Court entered the Preliminary Order of Forfeiture (ECF No. 34) in accordance with 18 U.S.C. § 924 and 28 U.S.C. § 2461(c), forfeiting the following assets to the United States:

FIREARMS:

1.     A Ruger .22 caliber, Model Single Six Revolver, S/N: 396652;

2.     A Marlin .22 caliber Bolt Action Rifle, S/N: 26533487 (model unknown); and

3.     A Remington .22 caliber, Model 514 Bolt Action Rifle (no serial number).

FINAL ORDER OF FORFEITURE ~ 1

AMMUNITION:

1.    Approximately 42 rounds of .45 caliber ammunition;

2.    Approximately one round of 10/22 50 shot drum containing 50 rounds of .22 caliber ammunition;

3.    Approximately four rounds of .44 mag ammunition;

4.    Ten 12-gauge shotgun shells; and

5.    Approximately 1,220 rounds of .22 caliber ammunition.

WHEREAS, the property is in the custody of the United States, and pursuant to 21 U.S.C. § 853(n), as incorporated by 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), the United States published notice of the preliminary order;

WHEREAS, Gillian Taylor has not filed a claim, petition or responded to the notice of forfeiture sent to her on or about February 3, 2015, and her time for filing a timely claim or petition has passed;

WHEREAS, on June 15, 2015, the Bureau of Alcohol, Tobacco, Firearms and Explosives administratively forfeited the ammunition, therefore, the United States is no longer seeking judicial forfeiture of the ammunition;

WHEREAS, the United States acknowledges the ownership interest of James Kolhoff in the Ruger .22 caliber, Model Single Six Revolver, S/N: 396652; and is no longer seeking forfeiture of said firearm;

FINAL ORDER OF FORFEITURE ~ 2

WHEREAS, the time for filing petitions for said assets, pursuant to publication and direct notice dates, as provided in Fed.R.Crim.P. 32.2(c), and 21 U.S.C. § 853(n), as incorporated by 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), has expired, and no petitions or claims for said asset(s) were filed;

Accordingly, IT IS HEREBY ORDERED that:

1.    The Government's Motion for Order Declaring the Preliminary Order of Forfeiture Final (ECF No. 68) is **GRANTED**.

2.    The Court's October 1, 2014, Preliminary Order of Forfeiture is final as to the Defendant, and as to any and all persons or entities; and, with the exception of the ammunition listed herein, which was administratively forfeited by the Bureau of Alcohol, Tobacco, Firearms and Explosives, and the Ruger .22 caliber, Model Single Six Revolver, S/N: 396652, the following listed assets are hereby forfeited to the United States:

FIREARMS:

1.  A Marlin .22 caliber Bolt Action Rifle, S/N: 26533487 (model unknown); and

2. A Remington .22 caliber, Model 514 Bolt Action Rifle (no serial number).

//

//

FINAL ORDER OF FORFEITURE ~ 3

3.      Upon entry of this order, the Bureau of Alcohol, Tobacco, Firearms and Explosives shall make arrangements to return the Ruger .22 caliber, Model Single Six Revolver, S/N: 396652 to its owner, James Kolhoff.

4.      The forfeited Marlin .22 caliber Bolt Action Rifle, S/N: 26533487 (model unknown); and the Remington .22 caliber, Model 514 Bolt Action Rifle (no serial number), shall be disposed of in accordance with the law.

The District Court Executive is hereby directed to enter this Order and furnish copies to counsel.

**DATED** December 23, 2015.



THOMAS O. RICE
United States District Judge

FINAL ORDER OF FORFEITURE ~ 4